IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA BRASHER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-4103 |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __22nd___ day of December, 2015, it is **ORDERED** that Defendant Thomas Jefferson University Hospitals' Motion for Summary Judgment (ECF No. 47) is **GRANTED**. This case will be marked closed.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: